**No. 26-2430**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

ERIC BARRON; CHELSEY THOMPSON; SIMON MOELLER, on behalf of themselves and all others similarly situated,
*Plaintiffs-Appellees*,

v.

GENERAL MOTORS LLC
*Defendant-Appellant*.

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania, No. 2:25-cv-05696
The Honorable John F. Murphy

---

# PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF

---


Sergei Lemberg
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250

*Attorneys Plaintiffs-Appellees*
*Eric Barron, Chelsey Thompson,*
*and Simon Moeller*

Plaintiffs-Appellees Eric Barron, Chelsey Thompson, and Simon Moeller ("Appellees"), pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Third Circuit L.A.R. 31.4, respectfully request an extension of time, up to and including December 4, 2026, to file their response brief. Defendant-Appellant General Motors LLC ("GM") does not oppose this motion. In support, Appellees state as follows:

1. GM filed its opening brief and joint appendix on October 1, 2026 (Dkt. No. 19). Appellees' brief is currently due on October 30, 2026.

2. Appellees respectfully request an extension of 35 days, up to and including December 4, 2026, in which to file their response brief. This is Appellees' first request for an extension of time to file their response brief. This motion is not brought for purposes of delay, and the requested extension will not prejudice any party's rights on appeal.

3. The period currently allotted for filing Appellees' response brief will not afford counsel adequate time to prepare it, for the following reasons.

4. First, Appellees' counsel requires additional time to fully analyze and respond to those arguments raised in GM's Opening Brief so that the issues are properly presented to the Court.

5. Second, professional obligations have arisen for the principal attorneys working on Appellees' response brief, including but not limited to preparing for and attending a pretrial conference in a certified automotive defect class action, *Sanchez v. Kia Motors America, Inc.*, No. 8:20-cv-01604-JLS-KES (C.D. Cal.), and drafting a motion for class certification in a separate automotive defect class action.

6. Appellees do not anticipate seeking any additional extensions of this deadline.

7. Undersigned counsel for Appellees has conferred with counsel for GM, and GM does not oppose the requested relief.

WHEREFORE, Plaintiffs-Appellees Eric Barron, Chelsey Thompson, and Simon Moeller respectfully request that the Court extend the deadline for filing their response brief by 35 days, to and including December 4, 2026.

Dated: October 14, 2026

Respectfully submitted,

By: */s/ Sergei Lemberg*

Sergei Lemberg
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250

*Counsel for Plaintiffs-Appellees Eric Barron, Chelsey Thompson, and Simon Moeller*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel for Plaintiffs-Appellees certifies that this motion:

(i) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 604 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f); and

(ii) complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: October 14, 2026

*/s/ Sergei Lemberg*
Sergei Lemberg

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing motion with the Clerk of the Court of the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Sergei Lemberg*
Sergei Lemberg